Margaret Shay, Respondent, v. The City of

Elmira, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.